# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

January 14, 2025

<u>VIA ECF</u>
The Honorable Lorna G. Schofield
United States District Court Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Application GRANTED.** The initial pretrial conference scheduled for January 29, 2025, is **ADJOURNED** to **February 26, 2025 at 4:10 P.M.** The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 7 and 8.

Dated: January 15, 2025
New York, New York

*LORNA G. SCHOFIELD*
UNITED STATES DISTRICT JUDGE

Re:   *Herrera v. Kate Somerville Skincare, LLC*
      <u>Case No.: 1:24-cv-9286</u>

Dear Judge Schofield,

    With the consent of Defendant's counsel, I am respectfully requesting on behalf of Defendant Kate Somerville Skincare, LLC that the telephonic case management conference currently scheduled for January 29, 2025 at 4:10 PM (Dkt. 5) be adjourned due to the Los Angeles fires. Defendant's corporate headquarters is located in the Los Angeles area, and the Los Angeles fires have had a significant impact on operations. Employees have had to evacuate their homes and others have likely lost homes due to the fires.

    The Waiver of Service of Summons was executed by the Defendant and previously filed with the court (Dkt. 6). We will be working to resolve this matter as expeditiously as possible. This request is made jointly with Defendant's Counsel and is the first request for an adjournment.

    We thank the Court for its time and attention in this matter.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

<u>/s/Michael A. LaBollita, Esq.</u>
Michael A. LaBollita, Esq.