UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JAMES MURPHY, on behalf of himself and all : 
other persons similarly situated, :
:                    24 Civ. 9286 (LGS)
Plaintiffs, :
:                          ORDER
-against- :
:
KATE SOMERVILLE SKINCARE, LLC, :
:
Defendant. :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are **DENIED** as moot, and all conferences are **CANCELED**.

Dated: February 13, 2025
       New York, New York

                                                              LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE